**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6299**

_____

BRYANT E. DAVIS, a/k/a Bryant Davidson,

Plaintiff - Appellant,

v.

DARIUS HORTON; EXPRESS FUNERAL FUNDING, LLC; HARTFORD LIFE INSURANCE AND ACCIDENT INSURANCE COMPANY; FIDELITY WORKPLACE SERVICES, LLC, d/b/a Fidelity Investment Company; DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES; ROBERT DEAN, Warden; SHANAE ROSS, Security Chief; TAKOR OBEN, Lieutenant; OLAN OWALABI, Lieutenant,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, Senior District Judge.  (1:23-cv-00078-PJM)

_____

Submitted:  October 28, 2024                    Decided:  December 19, 2024

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Bryant E. Davis, Appellant Pro Se.  Sandra Diana Lee, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Brian Patrick Downey, TROUTMAN PEPPER HAMILTON SANDERS LLP, Harrisburg, Pennsylvania; Eric

Matthew Rigatuso, ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant E. Davis appeals the district court's order denying relief on his 42 U.S.C. § 1983 and state law claims. We have reviewed the record and find no reversible error. The court's dismissal of some claims for lack of personal jurisdiction, however, should have been without prejudice. *See S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013). We therefore modify that portion of the district court's order to reflect that the dismissal is without prejudice and affirm the dismissal as modified. *See* 28 U.S.C. § 2106. We affirm the remainder of the district court's order. *Davis v. Horton*, No. 1:23-cv-00078-PJM (D. Md. filed Feb. 27, 2024, & entered Feb. 28, 2024). We also deny Davis's motion to rescind his payments pursuant to the Prison Litigation Reform Act. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*